**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000073
15-AUG-2024
08:33 AM
Dkt. 94 ODSD**

NO. CAAP-17-0000073


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY
BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT,
Plaintiff/Real Party in Interest-Appellee, v.
LOIDA R. DOMINGO, aka LOIDA REDONDO DOMINGO;
RANDALL M.L. YEE, AS SPECIAL ADMINISTRATOR FOR THE ESTATE OF
MANUEL P. DOMINGO, aka MANUEL PALILIO DOMINGO,
aka MANUEL DOMINGO, DECEASED, Defendants-Appellants, and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
AS NOMINEE FOR GMAC MORTGAGE CORPORATION;
SUNRUN INC., Defendants-Appellees, and
JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20;
DOE ENTITIES 1-20; and DOE GOVERNMENTAL UNITS 1-20, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2CC151000621)


ORDER DISMISSING APPEAL
(By:  Leonard, Acting Chief Judge, Hiraoka and Guidry, JJ.)

Upon review of the record, it appears that:

(1) On July 23, 2024, the court issued an order to Randall M.L. Yee (Yee), Special Administrator for the Estate of Manuel P. Domingo aka Manuel Palilio Domingo aka Manuel Domingo, Deceased, to file a response to the January 3, 2024 order concerning Manuel Domingo's estate.  The January 3, 2024 order, among other things, required the parties to show cause why the appeal should not be dismissed for failure to prosecute.  The court cautioned Yee that failure to timely respond to the order or to show good cause required by the January 3, 2024 order may result in the appeal being dismissed; and

(2) Yee did not file a response to the January 3, 2024

order or the July 23, 2024 order, and took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, August 15, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge